IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARY ESPIEG-KEET, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    1:15-CV-539 (LMB/MSN) |
| EXPLOSIVE COUNTERMEASURES INTERNATIONAL, INC. and MEGAN KELLEY, | ) ) ) ) ) |
|     Defendants. | |

## ORDER

On August 12, 2015, the Court approved the parties' settlement and stayed the case pending completion of the settlement terms. [Dkt. No. 12] As of October 15, 2015, the plaintiff has not filed a motion to dismiss this action. Accordingly, it is hereby

ORDERED that the plaintiff show cause within five business days as to why this action should not be dismissed with prejudice.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 15 day of October, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge